IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GERALD DURAN BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-149(WLS) |
| | * |
| THOMAS COUNTY SHERIFF'S OFFICE, et al., | * |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 1, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 1st day of February, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk